IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**<br><br>v.<br><br>$10,055.00 IN U.S. CURRENCY,<br><br>**Defendant.** | CIVIL NO. 20- |

**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

TO THE HONORABLE COURT:

COMES NOW, plaintiff, the United States of America, by and through its undersigned attorneys, W. Stephen Muldrow, United States Attorney for the District of Puerto Rico; Héctor E. Ramírez-Carbó, Assistant United States Attorney, Chief, Civil Division, Maritza Gonzalez, Assistant United States Attorney bring this complaint and allege as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure.

NATURE OF THE ACTION

This is a civil action *in rem* brought to enforce the provisions of Title 21, United States Code, Section 881(a)(6) and 841(a)(1); and Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 1957(a).

DEFENDANT IN REM

The defendant currency seized by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") agents consists of: $10,055.00.00 IN U.S. CURRENCY.

1

## JURISDICTION AND VENUE

This Court has subject matter jurisdiction over an action commenced by the United States pursuant to Title 28 <u>United States Code</u>, Section 1345; over an action for forfeiture pursuant to Title 28, <u>United States Code</u>, Section 1355; and over this particular action pursuant to Title 21, <u>United States Code</u>, Section 881(a)(6).

This Court has in rem jurisdiction over the defendant currency pursuant to Title 28, <u>United States Code</u>, Section 1355(b)(1)(A) (acts and omissions giving rise to the forfeiture occurred in this district) and Section 1355(b)(1)(B) (the defendant currency is found in this district).

Venue is proper in this district pursuant to Title 28, <u>United States Code</u>, Section 1355(b)(1)(A) (acts and omissions giving rise to the forfeiture occurred in this district) and Section 1395 (the defendant currency is found in this district).

## BASIS FOR FORFEITURE

This is a civil action <u>in rem</u> brought to enforce the provisions of Title 21, <u>United States Code</u>, Section 881(a)(6) (All moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of this subchapter, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of this subchapter).

## FACTS

The facts and circumstances supporting the seizure and forfeiture of the defendant currency are contained in the Title 28, <u>United States Code</u>, Section 1746 unsworn declaration of the ATF, Special Agent, Sterling K. Juarez attached hereto, and incorporated herein as if fully stated.

CLAIM FOR RELIEF

WHEREFORE, the United States of America prays that a warrant of arrest for the defendant currency be issued; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant currency condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 2nd day of March 2020.

W. STEPHEN MULDROW
United States Attorney

*s/ Hector E. Ramirez-Carbo*
**Hector E. Ramirez-Carbo**
Assistant U.S. Attorney
Chief, Civil Division
U.S.D.C. # 214902
# 350 Carlos Chardón Street
Torre Chardón
Hato Rey, Puerto Rico 00918
Tel. (787) 766-5656
Fax. (787) 771-4050
Hector.e.ramirez@usdoj.gov

*S/M Gonzalez*
**Maritza González-Rivera**
Assistant U.S. Attorney
U.S.D.C. #208801
# 350 Carlos Chardón Street
Torre Chardón
Hato Rey, Puerto Rico 00918
Tel. (787 766-5656
Fax. (787) 771 4050
Maritza.gonzalez@usdoj.gov

VERIFIED DECLARATION

I, Maritza Gonzalez-Rivera, Assistant U.S. Attorney, for the District of Puerto Rico, declare under penalty of perjury as provided by Title 28, United States Code, Section 1746, the following:

That the foregoing Complaint is based on reports and information furnished to me by the ATF; that everything contained therein is true and correct to the best of my knowledge and belief.

Executed in San Juan, Puerto Rico, this 2nd day of March 2020.

*s/M Gonzalez*
Maritza Gonzalez-Rivera
Assistant U.S. Attorney


VERIFIED DECLARATION

I, Sterling K. Juarez, ATF, declare as provided by Title 28, United States Code, Section 1746, the following:

I have read the contents of the foregoing Complaint for Forfeiture in Rem and the attached unsworn declaration thereto, and I find the same to be true and correct to the best of my knowledge and belief. I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Juan, Puerto Rico, this 2nd day of March 2020.

Sterling K. Juarez
Special Agent
Bureau of Alcohol, Tobacco, Firearms

JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
$10,055.00 IN U.S. CURRENCY,

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Maritza González-Rivera, AUSA, 350 Carlos Chardon Ave, Suite 1201, Hato Rey, PR  00918

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☒ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1  Original Proceeding
☐ 2  Removed from State Court
☐ 3  Remanded from Appellate Court
☐ 4  Reinstated or Reopened
☐ 5  Transferred from another district (specify)
☐ 6  Multidistrict Litigation
☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Title 21, United States Code, Section 881(a)(6) and 841(a)(1); and Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 1957(a).

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: 3/2/2020
SIGNATURE OF ATTORNEY OF RECORD: s/Maritza González

**FOR OFFICE USE ONLY**

RECEIPT #  _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____



# United States District Court *for the* District of Puerto Rico

## CATEGORY SHEET

1. Title of Case (Name of first party on each side only)

   US v. $10,055.00 in U.S. Currency.

2. Category in which case belongs: (See Local Rules)

   | | |
   |---|---|
   | [X] ORDINARY CIVIL CASE | CIVIL FORFEITURE |
   | [ ] SOCIAL SECURITY | |
   | [ ] BANK CASE | |
   | [ ] INJUNCTION | |

3. Title and number, if any, of related cases (See Local Rules)

4. Has a prior action between the same parties and based on the same claim ever been filed in this Court?

   ☐ YES     [X] NO

5. Is this case required to be heard and determined by a District Court of three judges pursuant to Rule 28 U.S.C. 2284?

   ☐ YES     [X] NO

6. Does this case question the constitutionality of a state statute (FRCP 24)?

   ☐ YES     ☒ NO

(Please Print)

USDC ATTORNEY'S ID NO.: USDC # 208801

ATTORNEY'S NAME: Maritza González-Rivera

MAILING ADDRESS: TORRE CHARDON, SUITE 1201, 350 CARLOS CHARDON AVE

HATO REY   PR     ZIP CODE 00918

TELEPHONE NO.: 787-766-5656

## UNSWORN DECLARATION
## IN SUPPORT OF FORFEITURE COMPLAINT

### INTRODUCTION

Pursuant to Title 28, United States Code, Section 1746, I, Sterling K. Juarez, Special Agent (SA) of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), declare under penalty of perjury that the foregoing is true and correct:

I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7), that is, an officer of the United States empowered by law to conduct investigations and make arrests upon violations of the offenses enumerated in Title 18, United States Code, Section 2516. I am currently assigned to the ATF office in San Juan, Puerto Rico, conducting investigations of federal firearms violations and other federal violations.

As an ATF Special Agent, I conduct and assist in conducting investigations into criminal violations concerning alcohol, tobacco, firearms, explosives, and arson. Through training, investigations, and experience, I have taken part in cases relating to the trafficking of firearms, the use and possession of firearms by persons prohibited by law, and the possession of illegal firearms as well as other violations of federal law pertaining to alcohol, tobacco, firearms, explosives, and arson. I am familiar and have participated in various methods of investigations, including, but not limited to: electronic surveillance, physical surveillance, interviewing and general questioning of witnesses, use of confidential informants, use of cooperating witnesses, use of toll records and subscribers information. I have also debriefed confidential informants and cooperating witnesses regarding the habits and practices of people engaged in the criminal violations mentioned above. Furthermore, I have conducted and participated in numerous investigations to

1

include: crime scene investigations, collection of evidence, interviews and the execution of search warrants.

Through my training, experience and interaction with experienced SAs, Task Force Officers (TFOs) and other investigators, I have become familiar with the illegal use and possession of firearms and/or controlled substances in Puerto Rico. As part of my official duties, I have conducted arrests of persons engaged in the illegal use and possession of firearms and/or controlled substances; I have executed search warrants of property of persons engaged in the illegal use and possession of firearms and/or controlled substances. Moreover, I have interviewed persons involved in the illegal use and possession of firearms and/or controlled substances and debriefed confidential sources and cooperating defendants regarding the habits and practices of people engaged in the illegal use and possession of firearms and/or controlled substances.

All reference herein to any experience refers to experience gained through training, conducting firearms and controlled substances investigations and participating in those investigations with other experienced investigators, as well as conversations with other law enforcement officers.

This Unsworn Declaration is submitted in support of a Civil Forfeiture Comp, which involves the offenses detailed in Section 881(a)(6) of Title 21, United States Code, and Title 18 United States Code, 1956, laundering of illegal monetary proceeds, particularly all moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for controlled substance or listed chemical in violation of the subchapter, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be

2

used to facilitate any violation of this subchapter. Therefore, I have not set forth each and every fact learned during the course of this investigation.

**BASIS FOR FACTS CONTAINED IN THIS UNSWORN DECLARATION**

I make this unsworn declaration, on information and belief derived from the following source:

A.  **Oral and/or written reports and documents about this case from other federal agents or officers of the U.S. Probation Office, ATF and the Police of Puerto Rico.**

On September 14, 2019, at approximately 2:00 pm, PRPD Agent Neftali Garcia badge # 35501, assigned to the Caguas Motorcycle Unit was conducting preventive patrolling at Vista Alegre Public Housing Project. Upon arrival to the entrance of the PHP, he observed three individuals, one of whom (who was later identified as RODRIGUEZ-BAEZ) threw something inside a Hyundai Santa Fe vehicle bearing license plate ILG098, and walked away from the vehicle. Agent Garcia walked to the Hyundai Santa Fe and requested the presence of a K-9 to check the vehicle. When the K-9 arrived, it marked the vehicle and Agent Garcia proceeded to detain RODRIGUEZ-BAEZ and the vehicle for further investigation at Caguas Police Headquarters. The vehicle was registered to Juan Y. Rosario-Sanchez.

The Police of Puerto Rico interviewed RODRIGUEZ-BAEZ at the public housing project. PR. Sgt. Carlos Morera from the Caguas Strike Force contacted the U.S. Probation Office to report the situation, since RODRIGUEZ-BAEZ was under the supervision of that office as part of his criminal sentence in criminal case 13-384 (FAB) in the Federal District Court for the District of Puerto Rico. RODRIGUEZ-BAEZ served a term of imprisonment of 66 months as part of the sentence imposed, and is currently

serving a term of supervised release of five years. RODRIGUEZ-BAEZ was released on March 23, 2018.

In the midst of the intervention, the Police of Puerto Rico Officers had observed RODRIGUEZ-BAEZ place a fanny pack inside of a dark blue Hyundai Santa Fe, bearing license plate number ILG098, and RODRIGUEZ-BAEZ had told police officers that he would not consent to a search. Puerto Rico Police properly sealed the vehicle until the Search and Seizure Enforcement Team (SSET) of the United States Probation Office could search a search pursuant to the special condition of search and seizure imposed at sentencing.

On Sept 16, 2019, at the Caguas Command Station where the vehicle was stored, SSET enforced the search condition, and a hydraulic hidden department was discovered in the Hyundai Santa Fe. Inside of the vehicle, approximately 500 small red baggies, a burner, a white substance believed to be lactose (which is commonly used as a cutting agent in drug processing) and a ledger of apparent drug sales, as well as bulk cash ($10,055 in U.S. currency) were seized.

On September 16, 2019, at approximately 1:40 pm, SA Cindy Laboy, TFO Gerard Burgos and Puerto Rico Police Department (PRPD) Agent Josue Melendez Maldonado badge# 35081 interviewed Josue RODRIGUEZ-BAEZ, related to a vehicle seized for investigation by PRPD Caguas Motorcycle Unit on September 14, 2019 at Vista Alegre Public Housing Project (PHP) in the municipality of Aguas Buenas, PR. After reading his Miranda warnings administered via recitation of ATF Form 3200.4 Advice of Rights and Waiver, RODRIGUEZ-BAEZ voluntarily waived his rights and, in response to questioning, stated, in summary and not verbatim, as follows; that on September 14, 2019

RODRIGUEZ-BAEZ was at Vista Alegre PHP looking for AKA TONO, a merchant, to borrow a saddle. RODRIGUEZ –BAEZ also stated that he was sentenced to five and a half years of imprisonment for violations of federal firearms and narcotics laws. In May 2018, he began supervised release. He then began working as a gardener. RODRIGUEZ-BAEZ stated that the agents seized a fanny pack with over Three Thousand Dollars inside. According to him, two thousand dollars were from a loan and the other one thousand dollars from a job. Also, he said he had sold an all-terrain vehicle (four track).

Based upon my training and experience, participation in other investigations, and facts concerning this investigation, I believe that sufficient probable cause exits to show that there is present material evidence of a commission of a violation of a Federal Law to wit: drug traffickers conducting money laundering transaction, or transporting illicit drug proceeds demonstrating probable cause to forfeit the U.S. Currency, violations of Title 21, United States Code, Sections 841(a)(1), 881(a)(6) and money laundering schemes, Title 18, United States Code, Sections 1956 (a) (1) (B)(i) and 1957 (a).

Sworn and signed under penalty of perjury, pursuant to Title 28, United States Code, Section 1746, in San Juan, Puerto Rico this 2nd day of March, 2020.

_____
**Sterling K. Juarez**
**Special Agent**
Bureau of Alcohol, Tobacco,
Firearms and Explosives

5